# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JENNIFER PETERSON and MELISSA MARTEN, *Plaintiffs*, v. COBB COUNTY SCHOOL DISTRICT; CHRIS RAGSDALE, in his individual and official capacity as Superintendent of Cobb County School District; JOHN FLORESTA, individually and in his official capacity; JULIAN COCA, individually and in his official capacity; NAN KIEL, individually and in her official capacity; DANIEL VEHAR, individually and in his official capacity; ZACH ALDERSON, individually and in his official capacity; AMANDA CHAMBERS, individually and in her official capacity, *Defendants*. | CIVIL ACTION NO.: _____ **COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES** JURY TRIAL DEMANDED |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs JENNIFER PETERSON AND MELISSA MARTEN seek a preliminary injunction for violation of their rights to free speech. Specifically, Defendants have prevented them from exercising their First Amendment rights at the public comment portion of the monthly public meetings of the Cobb County Board of Education by manipulating the sign-up process to limit critical viewpoints.

Relying on the Verified Complaint, attachments thereto, and the brief in support; Plaintiffs seek a preliminary injunction to prevent Defendants from again intentionally manipulating sign-in procedures for public comment in order to limit viewpoints critical of Cobb County Board of Education and its policies.

A preliminary injunction is appropriate when the movant establishes: "(1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable injury if the injunction [is] not granted; (3) that the threatened injury to the plaintiff outweighs the harm an injunction may cause the defendant; and (4) that granting the injunction would not disserve the public interest." *K.H. Outdoors LLC v. City of Trussville,* 458 F.3d 1261, 1268 (11th Cir. 2006); *Teper v. Miller*, 82 F.3d 989, 992 n.3 (11th Cir. 1996). Plaintiff satisfies each of these requirements.

Therefore, Plaintiffs seek a preliminary injunction preventing Defendants from (1) engaging in conduct that prevents Plaintiffs and other critics from signing up for public comment and (2) specifically Defendants moving the location of sign-up Ipads to silence critics.

DATED: This the 31st day of October, 2024,

/s/ Gerald Weber
Gerald Weber
Georgia Bar No. 744878

Law Offices of Gerry Weber
P.O. Box 5391
Atlanta, GA 31107
Phone: (404) 522-0507
wgerryweber@gmail.com

                                                      */s/ Craig Goodmark*
                                                      Craig Goodmark
                                                      Georgia Bar No. 301428

Goodmark Law Firm
1425 A Dutch Valley Place
Atlanta, Georgia 300324
(404) 719-4848
cgoodmark@gmail.com

Attorneys for Plaintiff