EXHIBIT
1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JENNIFER PETERSON and MELISSA MARTEN, <br><br> Plaintiffs, <br><br> v. <br><br> COBB COUNTY SCHOOL DISTRICT; CHRIS RAGSDALE, in his individual and official capacity as Superintendent of Cobb County School District; JOHN FLORESTA, individually and in his official capacity; JULIAN COCA, individually and in his official capacity; NAN KIEL, individually and in her official capacity; DANIEL VEHAR, individually and in his official capacity; ZACH ALDERSON, individually and in his official capacity; AMANDA CHAMBERS, individually and in her official capacity, <br><br> Defendants. | Civil Action No. 1:24-cv-04998-ELR |

## DECLARATION OF JOHN FLORESTA

I, John Floresta, hereby state, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the factual statements contained herein are based on my personal knowledge and are true and correct.

PPAB 11879333v3

1.

My name is John Floresta. I am over the age of eighteen, am suffering no disabilities, and am competent to execute this Declaration. I give this declaration for all allowable purposes in the above-styled action.

2.

At all times pertinent to this action, I have served as the Chief Strategy and Accountability Officer for the Cobb County School District ("**CCSD**"). My division includes district accountability, data and analysis, school improvement, accreditation, alternative education, adult education, communications, online education, and other executive functions as a member of the Superintendent's executive staff.

3.

I am personally familiar with the CCSD's policies, procedures, and practices relating to the public comment sessions at the meetings of the Cobb County Board of Education ("**Board**"), including Board Policy BCBI (titled "Public Participation in Board Meetings"). A true and accurate copy of Policy BCBI is attached to Plaintiff's Complaint as Exhibit 1. [Doc. 1-1.]

4.

Under Policy BCBI, for prospective speakers to participate during the public comment session, they must be one of the first fifteen people to sign up to speak.

[*Id.* at 1-2 (§§ D.1, E.1).] CCSD typically makes the "sign-in sheet" available thirty minutes before the Board meeting begins. [*Id.* at 1 (§ D.2.).] Policy BCBI does not otherwise specify how and where the sign-up process occurs. [*See generally id.*]

5.

At many Board meetings over the past five years, CCSD has allowed prospective speakers to sign up using an iPad or other device inside the Board office building. But that has not always been the case. Sign-ups have occurred both inside Board offices and outside the physical building. Sign-ups have also occurred remotely from home, using an online sign-up platform. The means and method of the sign-up process depend on various considerations, including safety and security at Board meetings.

6.

During the past five years, there have been at least five occasions where CCSD has conducted a safety or health assessment of a Board meeting, determined that the meeting presented a heightened safety or health risk, and used an alternative location for public comment sign-up, outside the Board building. On those occasions, CCSD has delivered the sign-up device to a readily accessible location outside the building.

7.

On September 14, 2023, the Board held a meeting at about 7:00 p.m. Earlier that day, at about 2:00 p.m. the Board held its Work Session, which I attended. At

about 4:00 p.m., in between the Work Session and Board Meeting, the Operations Division told me that it had safety concerns about the Board meeting that night. At this particular meeting, there were organized protests by both supporters of CCSD and protesters against CCSD. Both Operations and Strategy and Accountability divisions were concerned about the potential for conflict and hostility between the two groups while they waited inside a confined space in the lobby before the Board meeting. Based on public safety concerns, the Operations Division recommended that CCSD use the alternative public comment sign-up space, outside of the building.

8.

As I have done in past Board meetings, I followed this safety recommendation. After discussing the matter with Operations, I spoke to Julian Coca (CCSD's Director of Content and Marketing), relayed the safety recommendation, and instructed him to have his staff move public comment's sign-up to the alternative location, outside of the building.

9.

I have reviewed Plaintiffs' Complaint in this action. The decision to place the sign-up iPad outside had nothing to do with the anticipated viewpoints of prospective speakers. The decision to put the iPad outside, rather than inside the lobby with opposing protest groups, was based solely on the safety recommendation of the District.

- 4 -

10.

CCSD Superintendent Chris Ragsdale was not consulted on this decision and had no involvement in the decision to place the sign-up iPad outside.

11.

Unfortunately, after CCSD brought out the sign-up device, many attendees became unruly and disorderly. That sort of crowd reaction confirmed the validity of our safety concerns.

12.

Since that Board meeting, in consultation with the Operations division, CCSD has modified its public-comment sign-up process further. CCSD now requires prospective speakers to get in a line at a side entrance to the Board office building. Thirty minutes before the Board meeting, someone from Communications opens that door and allows prospective speakers in the line to sign up, one at a time. CCSD has posted signage designating this side entrance as the area where prospective speakers may get in line to sign up for public comment.

13.

After putting this new process in place, the public comment sign-up process has been mostly uneventful. Though I would not say that this process is set in stone, it has been working fairly well so far. CCSD, of course, needs to have the flexibility

- 6 -

and discretion to adjust or modify this process in the future, in case new safety, health, or security concerns arise.

So sworn this _**17**__th_ day of ___*January*___, 2025.

_____*/s/ John Floresta*\*_____
(\*signed by Jeffrey R. Daniel w/express permission)
JOHN FLORESTA