**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA**

| | |
|---|---|
| JENNIFER PETERSON and MELISSA MARTEN,<br>*Plaintiffs*,<br>v.<br>COBB COUNTY SCHOOL DISTRICT; ET AL.,<br><br>*Defendants*. | CIVIL ACTION NO.:<br>1:24-CV-04998-ELR |

**PLAINTIFFS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY AND REVISIONS TO POLICY ON PUBLIC COMMENT**

COMES NOW Plaintiffs and provides this Court notice of supplemental authority, *Saville v. Webb et al.*, a recent opinion from the 11th Circuit Court of Appeals, holding that a public comment policy that imposes more harsh restrictions on public comment speakers that have "unfavorable things to say" is unconstitutional "viewpoint discrimination." *Saville v. Webb et al.*, 2025 WL 2254239, *1, 9 (11th Cir. August 7, 2025) (Exhibit A).

Plaintiffs further provide this Court notice of the following new information relevant to and in support of Plaintiffs' Complaint and Motion for Preliminary Injunction filed on October 31, 2024. [Dkt. 1]. Specifically, Plaintiffs submit:

1) Defendants' revised and published Policy BCBI with red-lined changes (Exhibit B) concerning public participation in Board meetings that eliminates broadcast of public comments by citizens and imposes harsher penalties for public comment speakers that violate the policy, and

2) an editorial dated August 5, 2025 in the Atlanta Journal-Constitution regarding Defendants' policy change (Exhibit C).

Respectfully submitted, this 4th day of September, 2025. [1]

***/s/Gerald Weber***
Gerald Weber
Georgia Bar No. 744878

Law Offices of Gerry Weber, LLC
P.O. Box 5391
Atlanta, GA 31107
Phone: (404) 522-0507
wgerryweber@gmail.com

***/s/Craig Goodmark***
Craig Goodmark
Georgia Bar No. 301428

Goodmark Law Firm
1425 A Dutch Valley Place
Atlanta, GA. 30324
404-719-4848
cgoodmark@gmail.com

Counsel for Plaintiffs

[1] Counsel certifies that this document is Book Antigua, 13 point.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JENNIFER PETERSON and MELISSA MARTEN, *Plaintiffs*, v. COBB COUNTY SCHOOL DISTRICT; ET AL., *Defendants*. | CIVIL ACTION NO.: 1:24-CV-04998 |

## CERTIFICATE OF SERVICE

COMES NOW Plaintiff in the above styled action, by and through counsel, certifies that Plaintiff served the foregoing upon counsel for Defendant via email as follows:

Jeffrey Daniels: jeffdaniel@parkerpoe.com
Bennett Davis Bryan: bennettbryan@parkerpoe.com
Brandon O. Moulard: brandonmoulard@parkerpoe.com

DATED: This the 4th day of September, 2025.

/s/ Craig Goodmark
Craig Goodmark
GA Bar No. 301428
GOODMARK LAW FIRM
1425 Dutch Valley Place Suite A
Atlanta, GA 30324
404-719-4848
cgoodmark@gmail.com